# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADRIANO CORTEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 21-11041-FDS |
| ) | |
| COREY STEINBERG, Assistant United ) | |
| States Attorney, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

**SAYLOR, C.J.**

On June 21, 2021, Adriano Cortez filed a *pro se* complaint alleging that his civil rights were violated by several federal prosecutors and a task force officer for the Drug Enforcement Administration ("DEA").

The court's records indicate that Cortez has another action now pending against two of the same defendants. *See Cortez v. Steinberg, et al.*, 21-10870-FDS (filed May 25, 2021). A comparison of the complaint in this action with the complaint in the other action reveals that the pleadings are identical but for the additional claims against the DEA agent and the acting United States Attorney.

Under the prior-pending-action doctrine, "the pendency of a prior action, in a court of competent jurisdiction, between the same parties, predicated upon the same cause of action and growing out of the same transaction, and in which identical relief is sought, constitutes good ground for abatement of the later suit." *O'Reilly v. Curtis Pub. Co.*, 31 F. Supp. 364, 364-65 (D. Mass. 1940).

Here, the Court finds that it would be appropriate to have plaintiff's claims resolved in the first-filed action.

Accordingly, it is hereby ORDERED that the clerk shall enter the Cortez's complaint in *Cortez v. Steinberg, et al.*, 21-10870-FDS, as plaintiff's amended complaint and close this action. **So Ordered.**

|  |  |
|---|---|
| Dated: June 29, 2021 | /s/ F. Dennis Saylor IV<br>F. Dennis Saylor IV<br>Chief Judge, United States District Court |